UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CIOPS CONSOLIDATED HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DRABKIN,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:20-CV-3274<br>§<br>§<br>§<br>§ |

## AMENDED NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL

Plaintiff CIOPS Consolidated Holdings, LLC, by and through its undersigned counsel, hereby gives notice of its voluntary dismissal, with prejudice, of Defendant Robert Drabkin from this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No Defendant has filed an answer or a motion for summary judgment in this action to date.

Dated December 22, 2020                    Respectfully submitted,

*/s/ Jamie Lauren Strickler*
Harry D. Jones
Texas State Bar No. 10894020
hdjones@littler.com
Jamie Lauren Strickler
Texas State Bar No. 24071192
jstrickler@littler.com

LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CIOPS CONSOLIDATED HOLDINGS, LLC

4831-3717-4997.1 104076.1008